**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

DENA ASPEN,                          )
                                     )
    Plaintiff,  )
                                     )
vs.                                  )   NO. CIV-20-0417-STE
                                     )
COMMISSIONER OF SOCIAL               )
SECURITY ADMINISTRATION,             )
                                     )
    Defendant.  )

## <u>ORDER</u>

In this action, plaintiff seeks judicial review of the final decision of defendant Commissioner of Social Security Administration.  On May 8, 2020, U.S. Magistrate Judge Shon T. Erwin issued a Report and Recommendation recommending the denial of plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs and the dismissal without prejudice of this action unless plaintiff pays the full $400 filing fee within twenty-one days from the date of any order adopting the Report and Recommendation.  Plaintiff was advised of her right to object to the Report and Recommendation by May 26, 2020.

Plaintiff did not object to the Report and Recommendation.  Therefore, plaintiff has waived her right to appellate review of the factual and legal issues it addressed.  *See* <u>Cassanova v. Ulibarri</u>, 595 F.3d 1120, 1123 (10th Cir. 2010).  Accordingly, the court **ADOPTS** Magistrate Judge Erwin's Report and Recommendation [Doc. #3], **DENIES** plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [Doc. #2], and **ORDERS** plaintiff to pay the full $400 filing fee within twenty-one (21) days of

the date of this Order.  Plaintiff is advised that if she does not pay the full $400 filing fee within twenty-one days of the date of this Order, this action will be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated this 28th day of May, 2020.

_____

JOE HEATON
UNITED STATES DISTRICT JUDGE